[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB., 1, 2010
JOHN LEY
ACTING CLERK

_____

No. 09-11709
Non-Argument Calendar

_____

D. C. Docket No. 06-00351-CR-08-WSD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GILBERTO GONZALEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 1, 2010)

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Gilberto Gonzalez, has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent

review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct.  Because independent examination of the entire record reveals

no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Gonzalez's conviction and sentence is **AFFIRMED**.